NEAL, executor, *v.* REAMS, administrator.

AMBIGUITIES.    PROMISSORY NOTES.    INTEREST.

A promissory note for $711.85, with interest at the rate of 8 per cent. per annum after maturity, dated March 4th, 1885, and promising to pay "on the 5th March after date," is ambiguous, and open to explanation by extrinsic evidence.    In the absence of any such evidence, there was no error in construing the note as maturing on the 5th of March, 1886, rather than on the 5th of March, 1885, as the date of the note included the month and year as well as the day on which it was executed.    *Judgment affirmed.*
February 3, 1892.

Before Judge BOYNTON.    Pike superior court.    April term, 1891.

E. F. DuPREE and PAYNE & TYE, for plaintiff, cited Code, §§2056, 2757, par: 2; 3 Rand. Com. P. §§1709, 1712.

STEWART & DANIEL, by brief, for defendant, cited 77 *Ga.* 37; 79 *Ga.* 105–6.

---

